RECEIVED
IN ALEXANDRIA, LA.
SEP - 9 2013
TONY R. MOORE, CLERK
              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| CORNELL DEVON ATWELL<br>BOP #22201-018 | CIVIL ACTION NO. 13-594<br>SECTION P |
| VS. | JUDGE TRIMBLE |
| C. MAIORANA | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED**, in chambers, Lake Charles, Louisiana, on this 9th day of September, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE